UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
E. Kathleen Shahan
John Siemietkowski
Frances M. McLaughlin
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Tele: (202) 307-0249; Fax: (202) 307-0494
Kathie.Shahan@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CV-09-04029 MHP |
| Plaintiff, | **MOTION FOR MISCELLANEOUS RELIEF UNDER LOCAL RULE 7-11 OR, IN THE ALTERNATIVE, MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADING UNDER LOCAL RULE 6-3**; **DECLARATION OF E. KATHLEEN SHAHAN; PROPOSED ORDER** |
| v. | |
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., and AMERICAN SURETY COMPANY, INC., | |
| Defendants. | |
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., and AMERICAN SURETY COMPANY, INC., | |
| Counterplaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Counterdefendants. | |

## INTRODUCTION AND RELIEF REQUESTED

The United States' August 28, 2009 Complaint is to enforce final agency action and the Defendants' October 22, 2009 Counterclaim is for review of final agency action. The Counterclaim is subject to a Fed. R. Civ. P. 12(b)(1) and (6) motion to dismiss for lack of subject-matter jurisdiction and failure to state a cause of action. Fed. R. Civ. P. 12(b) provides that a motion asserting any of the Rule 12(b) defenses "must be made before pleading if a responsive pleading is allowed." Fed. R. Civ. P. 12(a) requires that a responsive pleading by the United States must be filed within 60 days of service. Thus, the United States must file its Rule 12(b) motion to dismiss by December 21, 2009. The Court's Standing Order, paragraph 4, states that no motion to dismiss may be filed before the initial case management conference except by leave of court. The case management conference is scheduled for January 11, 2010. Thus, in order to comply with Fed. R. Civ. P. 12(b), the United States seeks leave of Court to file its Rule 12(b) motion to dismiss by December 21, 2009. If the Court does not grant leave to file a motion to dismiss prior to the case management conference, the United States would be required to file an answer in lieu of a responsive pleading. Pursuant to Fed. R. Civ. P. 12(b), certain defenses are waived if not asserted prior to filing a answer. Thus, the United States' ability to pursue its claim and defend the Counterclaim would be significantly prejudiced.

The United States does not need more time to file its responsive pleading/motion to dismiss and is prepared to file its response to the Counterclaim within the time set by Fed. R. Civ. P. 12(a), to wit: December 21, 2009. If the Court is not inclined to permit the government to file its responsive pleading/motion to dismiss by the deadline set by the Federal Rules of Civil Procedure, however, the United States seeks, in the alternative, a 29 day enlargement of time to file its responsive pleading/motion to dismiss until after the January 11, 2010 case management conference, or until January 19, 2010. The United States seeks this enlargement to enable it to comply with Fed. R. Civ. P. 12(a) and (b) and Standing Order 7-11, by filing its responsive

pleading after the case management conference on January 11, 2010.

## CONCLUSION

Pursuant to Local Rule 7-11, Plaintiff and Counter-defendants United States respectfully request that the Court grant this motion and enter the attached order granting leave to file its Rule 12(b) motion to dismiss prior to the case management conference. In the alternative, we respectfully request that the Court enlarge our time to file a responsive pleading pursuant to FED. R. CIV. P. 12(b) until January 19, 2010, and grant the alternative order.

Respectfully submitted,

**TONY WEST**
Assistant Attorney General

**JOSEPH P. RUSSONIELLO**
United States Attorney

 /s/ E. Kathleen Shahan
**J. CHRISTOPHER KOHN**
**RUTH A. HARVEY**
**E. KATHLEEN SHAHAN (D.C. Bar No.267872)**
**JOHN SIEMIETKOWSKI (PA Bar. No. 50346)**
**FRANCES M. MCLAUGHLIN (FL Bar No. 0256640)**
Attorneys, Trial Civil Division
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Tel: (202) 307-0249
Fax: (202) 307-0494

Dated: December 14, 2009                Attorneys for the United States of America

## DECLARATION OF E. KATHLEEN SHAHAN

Pursuant to 28 U.S.C. § 1746, I, E. KATHLEEN SHAHAN, declare:

1   I am a trial attorney for the United States Department of Justice, Civil Division. I am licensed to practice law in the District of Columbia and to appear before this Court. I am one of the counsel of record in the captioned matter and I am familiar with the pleadings in this action. I make this declaration from my own personal knowledge.

Motion for Miscellaneous Relief/Enlargement; Proposed Order
CV-09-04029                                                                                       3

2. On December 14, 2009, I called Gary Nye, defendants and counter-claimants' counsel requesting, among other items, (1) a stipulation that defendants and counter-claimants had no objection to this Court granting our motion for leave to file a motion to dismiss or, (2), in the alternative, stipulation that defendants and counter-claimants had no objection to a 29 day enlargement of time to file a responsive pleading one week after the January 11, 2010 case management conference.

3. Mr. Nye responded that he had no objection to our request for leave to file our motion to dismiss or to our motion for an enlargement of time provided that we would agree to continue the hearing date on the government's motion for summary judgment, currently scheduled for January 25, 2010, until March 1, 2010.  While we were amenable to a two week extension of time, our clients believed that a five week extension was too long especially since the motion for summary judgment was filed on November 18, 2009.  As our client would not agree to such a long extension, we were not able to reach a stipulation.

4. The United States requests the alternative relief of an enlargement of time to filed its responsive pleading so that it can comply with Fed. R. Civ. P. 12(a) and (b) and Standing Order 7-11, by filing its responsive pleading after the case management conference on January 11, 2010.

5. As stated above, the parties were unable to reach a stipulation on this and other matters.

6. If the Court does not grant leave to file a motion to dismiss prior to the case management conference, without an enlargement of time, the United States would be required to file an answer in lieu of a responsive pleading.  Pursuant to Fed. R. Civ. P. 12(b), certain defenses are waived if not asserted prior to filing a answer.  Thus, the United States' ability to pursue its claim and defend the Counterclaim would be significantly prejudiced.

1
2
3    I declare under penalty of perjury that the foregoing is true and accurate and that I have
4 executed this declaration on December 14, 2009, in Washington, District of Columbia.
5
6
7                                                  /s/ E. Kathleen Shahan
                                                   E. KATHLEEN SHAHAN
8                                                  Attorney for the United States

Motion for Miscellaneous Relief/Enlargement; Proposed Order
CV-09-04029                                                                                   5

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 14th day of December 2009, electronically filed the United States' Motion for Miscellaneous Relief Under Local Rule 7-11 or in the Alternative, Motion to Enlarge Time to File a Responsive Pleading Under Local Rule 6-3, and Proposed Order by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification and have served a copy by fascimile on Gary A. Nye, Roxborough, Pomerance, Nye & Adreani, LLP, 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367 (818) 992-9991.

                                              /s/ E. Kathleen Shahan

1 ~~(PROPOSED)~~ ORDER

3   For good cause shown, the Court hereby grants leave to the United States to file its
4 responsive pleading/motion to dismiss prior to the case management conference, or the Court
5 grants the United States an enlargement of time to file its responsive motion by January 19, 2010.

7 SO ORDERED
          January 5, 2010
8 Dated: ~~December ___, 2009~~            _____
                                           Hon. MARILYN HALL PATEL
9                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*/s/ Judge Marilyn H. Patel*

---

Motion for Miscellaneous Relief/Enlargement; Proposed Order
CV-09-04029                                                                                          7