| | |
|---|---|
| 1 | Gary A. Nye, Esq. (Cal. Bar No. 126104) |
| 2 | David R. Ginsburg, Esq. (Cal. Bar No. 210900) |
|   | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| 3 | 5820 Canoga Avenue, Suite 250 |
|   | Woodland Hills, California 91367 |
| 4 | Telephone:     (818) 992-9999 |
|   | Facsimile:      (818) 992-9991 |
| 5 | Email:           gan@rpnalaw.com, drg@rpnalaw.com |

Attorneys for Defendants/Counterclaimants
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC. and
AMERICAN SURETY COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.,<br><br>              Defendants.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.<br><br>              Counterclaimants,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>              Counterdefendants. | Case No.  C 09-04029 MHP<br><br>**[Assigned to the<br>Honorable Marilyn Hall Patel]**<br><br>**STIPULATION TO ENLARGE THE DEADLINE AND PAGE LIMIT FOR G&G/ASC'S RESPONSE TO THE GOVERNMENT'S SUPPLEMENTAL BRIEF** |

1. Pursuant to Civil L.R. 6-1(b) and 7-12, Plaintiff United States of America and Counterdefendants United States Department of Homeland Security and Janet Napolitano, in her capacity as Secretary of United States Department of Homeland Security (collectively "United States"), on the one hand, and Defendants/Counterclaimants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand, by and through their respective counsel of record, stipulate and agree as follows:

1. On April 12, 2010, the Court heard oral argument concerning (1) the Government's motion to dismiss G&G/ASC's counterclaim, and (2) G&G/ASC's motion for a judicial determination regarding the nature of the claims at issue, the appropriate standard of review, and the scope of allowable discovery.

2. At the conclusion of the hearing, the Court ordered "further briefing re 103.1 f (2) to be filed within two weeks (eight pages), with responsive pleadings (3 pages) to be filed one week thereafter."

3. On April 26, 2010, the Government filed its supplemental brief and supporting declarations and exhibits. G&G/ASC contends that the Government's brief and supporting materials address issues that exceed the Court's Order. The Government disagrees with G&G/ASC's contention.

4. In order to avoid a dispute at this time, the parties agree as follows:

   a. G&G/ASC shall be permitted a one week extension to file its response to the Government's brief and supporting materials. Accordingly, the current May 3, 2010 deadline shall be extended to May 10, 2010; and

   b. the current 3 page limit for G&G/ASC's response shall be extended to 8 pages.

5. This stipulation shall not act or be construed as an admission by the Government that its brief and supporting materials exceed the Court's Order. Nor shall this stipulation act or be construed as an admission by G&G/ASC that the Government's brief and supporting materials are within the scope of the Court's Order.

6. There have been no prior modifications of the deadlines or page limits for the supplemental briefing.

7. The extension of the filing deadline and page limit should have no effect on the schedule for the case.

IT IS SO STIPULATED.

Dated: April 27, 2010

| | |
|---|---|
| TONY WEST | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| Assistant Attorney General | |
| JOSEPH P. RUSSONIELLO | |
| United States Attorney | |
| | |
| /s/ John Siemietkowski | /s/ David R. Ginsburg |
| J. CHRISTOPHER KOHN | GARY A. NYE |
| RUTH A. HARVEY | DAVID R. GINSBURG |
| E. KATHLEEN SHAHAN | Attorneys for Defendants/Counterclaimants |
| (D.C. Bar No.267872) | GONZALES & GONZALES BONDS AND |
| JOHN SIEMIETKOWSKI | INSURANCE AGENCY, INC. and AMERICAN |
| (PA Bar. No. 50346) | SURETY COMPANY, INC. |
| FRANCES M. MCLAUGHLIN | |
| (FL Bar No. 0256640) | |
| Attorneys, Trial Civil Division | |
| U.S. Department of Justice | |
| Commercial Litigation Branch | |
| P.O. Box 875 | |
| Ben Franklin Station | |
| Washington, DC 20044-0875 | |
| Tel: (202) 307-0249 | |
| Fax: (202) 307-0494 | |
| | |
| Attorneys for the United States of America | |

1  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
2
3
4
5
6  DATED:  April 28, 2010                           _____
7                                                          United  Judge Marilyn H. Patel
8

*IT IS SO ORDERED* (United States District Court, Northern District of California seal)

3

**STIPULATION TO ENLARGE THE DEADLINE AND PAGE LIMIT FOR RESPONSE**
**CASE NO. C 09-04029 MHP**