UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
E. Kathleen Shahan
John Siemietkowski
Frances M. McLaughlin
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Tele: (202) 307-0249; Fax: (202) 307-0494
kathie.shahan@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., and AMERICAN SURETY COMPANY, INC.,<br><br>Defendants.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., and AMERICAN SURETY COMPANY, INC.,<br><br>Counterplaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Counterdefendants. | CASE NO. CV-09-04029 MHP<br><br>**STIPULATION ENLARGING TIME FOR UNITED STATES TO FILE ANSWER TO COUNTERCLAIM** |

## STIPULATION ENLARGING TIME FOR UNITED STATES TO FILE ANSWER TO COUNTERCLAIM

Pursuant to Civil L. R. 6-1(a), 6-2 and 7-12, the parties, through their respective counsel, stipulate and agree as follows:

1. On August 28, 2009, the United States filed its Complaint (Dkt. # 1) in the instant matter.

2. On October 22, 2009, Gonzales & Gonzales Bonds and Insurance Agency, Inc. (G&G) and American Surety Company, Inc. (ASC) filed its Answer to the Complaint and Counterclaim (Dkt. # 9).

3. On July 27, 2010, the Court entered its Memorandum and Order (Dkt. # 48), which, *inter alia*, triggered the time for the United States to file an answer to the Defendants' Counterclaim by August 10, 2010. FED. R. CIV. P. 12(a)(4)(A).

4. The parties stipulate that the United States' time within which to answer the Defendants' Counterclaim be enlarged by 30 days to and including September 9, 2010.

5. The requested stipulation would have no effect on the schedule for the case.

Therefore, the parties stipulate that, the United States' time within which to answer the Defendants' Counterclaim be enlarged by 30 days to and including September 9, 2010.

1

2      IT IS SO STIPULATED.

3

4  Dated: August 6, 2010

5

6  ROXBOROUGH, POMERANCE,                TONY WEST
   NYE & ADREANI, LLP                    Assistant Attorney General
7
                                         **JOSEPH P. RUSSONIELLO**
8                                        United States Attorney

9                                        /s/ E. Kathleen Shahan
    /s/ David R. Ginsgerg                **J. CHRISTOPHER KOHN**
10  **GARY A. NYE**                      **RUTH A. HARVEY**
    **DAVID R. GINSBURG**                **E. KATHLEEN SHAHAN (D.C. Bar No.267872)**
11  **Attorneys for Defendants/**        **JOHN SIEMIETKOWSKI (PA Bar. No. 50346)**
    **Counterclaimants**                 **FRANCES M. MCLAUGHLIN (FL Bar No.**
12                                       **0256640)**
    GONZALES & GONZALES                      Attorneys, Trial Civil Division
13  BONDS AND INSURANCE                  U.S. Department of Justice
    AGENCY, INC. and                     Commercial Litigation Branch
14  AMERICAN SURETY                      P.O. Box 875
    COMPANY, INC.                        Ben Franklin Station
15                                       Washington, DC 20044-0875
                                         Tel: (202) 307-0249
16                                       Fax: (202) 307-0494

17                                       Attorneys for the United States of America

18

19

20

21

22

23

24

25  8/11/10

26

27

28

Stipulation Enlarging Time            CV-09-04029 MHP                        Page 3
for United States to File
Answer to Counterclaim