Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone:   (818) 992-9999
Facsimile:    (818) 992-9991
Email:          gan@rpnalaw.com, drg@rpnalaw.com

Attorneys for Defendants/Counterclaimants
GONZALES & GONZALES BONDS AND
INSURANCE AGENCY, INC. and
AMERICAN SURETY COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND<br>INSURANCE AGENCY, INC. and<br>AMERICAN SURETY COMPANY, INC.,<br><br>         Defendants.<br>_____<br>GONZALES & GONZALES BONDS AND<br>INSURANCE AGENCY, INC. and<br>AMERICAN SURETY COMPANY, INC.<br><br>         Counterclaimants,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, JANET<br>NAPOLITANO, in her capacity as<br>SECRETARY OF UNITED STATES<br>DEPARTMENT OF HOMELAND<br>SECURITY<br><br>         Counterdefendants. | Case No. C 09-04029 MHP<br><br>[Assigned to the<br>Honorable Marilyn Hall Patel]<br><br>**ADMINISTRATIVE**<br>**MOTION/STIPULATION TO**<br>**CONSOLIDATE CASES PENDING BEFORE**<br>**THE HONORABLE MARILYN HALL**<br>**PATEL** |

---

**ADMINISTRATIVE MOTION/STIPULATION TO CONSOLIDATE CASES**
**CASE NO. C 09-04029 MHP**

1  Pursuant to Civil L.R. 7-11 and 7-12 and Fed. R. Civ. P. 42(a)(2), Plaintiff United States
2  of America, Counterdefendants United States Department of Homeland Security and Janet
3  Napolitano, in her capacity as Secretary of United States Department of Homeland Security
4  (collectively "United States"), on the one hand, and Defendants/Counterclaimants Gonzales &
5  Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"),
6  on the other hand, by and through their respective counsel of record, bring this administrative
7  motion by stipulation, and stipulate and agree as follows:
8      1. Currently pending before this Court are the following matters:
9          a. *United States of America v. Gonzales & Gonzales Bonds and Insurance*
10 *Agency, Inc., et al.*, Case No. C 09-04029 MHP, filed on August 28, 2009;
11         b. *United States of America v. Gonzales & Gonzales Bonds and Insurance*
12 *Agency, Inc., et al.*, Case No. C 10-00182 MHP, filed on August 27, 2009 in Tennessee,
13 transferred to the Northern District of California on January 11, 2010, and ordered related to Case
14 No. C 09-04029 MHP on April 8, 2010;
15         c. *United States of America v. Gonzales & Gonzales Bonds and Insurance*
16 *Agency, Inc., et al.*, Case No. C 10-02417 MHP, filed on August 28, 2009 in Indiana, transferred
17 to the Northern District of California on May 27, 2010, and ordered related to Case No. C 09-
18 04029 MHP on June 21, 2010.
19     2. All three of the related cases involve immigration bonds, and the parties' duties
20 and obligations arising under such bonds, as well as defenses to claims of breach of the
21 immigration bonds. The United States sued in all three cases to collect debt that it alleges is
22 delinquent. Gonzales & Gonzales, et. al. counterclaimed in Case No. C 09-04029, seeking a
23 return of monies paid to the United States.
24     3. Although the parties believe that each separate claim based on a bond breach
25 represents a separate and unique claim, the parties recognize that there exist common questions of
26 law such that consolidation is appropriate from a legal and administrative standpoint. The parties
27 also agree that judicial economy will be served by the consolidation of the above-referenced
28 cases.

1

**ADMINISTRATIVE MOTION/STIPULATION TO CONSOLIDATE CASES**
**CASE NO. C 09-04029 MHP**

4. Mindful of *Huene v. United States*, 743 F.2d 703, 705 (9th Cir. 1984) ("[W]here an order disposes of only one of two or more cases consolidated at the district court level, the order is not appealable . . . absent a Rule 54(b) certification."), and respectful of the Court's prerogative, the parties agree that nothing in this stipulation shall prevent a party from filing any potential motions for Rule 54(b) certification.

5. The parties agree that the government will complete production of the A files pursuant to the Court's Order of July 27, 2010, dkt. # 48, before beginning production of the A files in cases 10-00182 and 10-02417.

6. G&G/ASC and the United States therefore respectfully request that the above-referenced cases be consolidated for all purposes.

IT IS SO STIPULATED.

Dated: September 2, 2010

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General<br>JOSEPH P. RUSSONIELLO<br>United States Attorney | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| /s/ John Siemietkowski<br>J. CHRISTOPHER KOHN<br>RUTH A. HARVEY<br>E. KATHLEEN SHAHAN<br>(D.C. Bar No.267872)<br>JOHN SIEMIETKOWSKI<br>(PA Bar. No. 50346)<br>FRANCES M. MCLAUGHLIN<br>(FL Bar No. 0256640)<br>Attorneys, Trial Civil Division<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>Tel: (202) 307-0249<br>Fax: (202) 307-0494<br><br>Attorneys for the United States of America | /s/ David R. Ginsburg<br>GARY A. NYE<br>DAVID R. GINSBURG<br>Attorneys for Defendants/Counterclaimants<br>GONZALES & GONZALES BONDS AND<br>INSURANCE AGENCY, INC. and AMERICAN<br>SURETY COMPANY, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/3/10

Marilyn H. Patel
United States District Judge