UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
E. Kathleen Shahan
John Siemietkowski
Frances M. McLaughlin
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Tele: (202) 307-0249; Fax: (202) 307-0494
kathie.shahan@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GONZALES & GONZALES BONDS ) <br> INSURANCE AGENCY, INC., and ) <br> AMERICAN SURETY COMPANY, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> GONZALES & GONZALES BONDS ) <br> AND INSURANCE AGENCY, INC., and ) <br> AMERICAN SURETY COMPANY, INC., ) <br> ) <br> Counterplaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF HOMELAND SECURITY, JANET ) <br> NAPOLITANO, in her capacity as SECRETARY ) <br> OF THE UNITED STATES DEPARTMENT ) <br> OF HOMELAND SECURITY, ) <br> ) <br> Counterdefendants. ) | CASE NO.  CV-09-04029 MHP <br><br> **SECOND STIPULATION ENLARGING TIME FOR UNITED STATES TO FILE ANSWER TO COUNTERCLAIM** |

**SECOND STIPULATION ENLARGING TIME FOR UNITED STATES TO FILE ANSWER TO COUNTERCLAIM**

Pursuant to Civil L. R. 6-1(a), 6-2 and 7-12, the parties, through their respective counsel, stipulate and agree as follows:

1. On August 28, 2009, the United States filed its Complaint (Dkt. # 1) in the instant matter.

2. On October 22, 2009, Gonzales & Gonzales Bonds and Insurance Agency, Inc. (G&G) and American Surety Company, Inc. (ASC) filed its Answer to the Complaint and Counterclaim (Dkt. # 9).

3. On July 27, 2010, the Court entered its Memorandum and Order (Dkt. # 48), which, *inter alia*, triggered the time for the United States to file an answer to the Defendants' Counterclaim by August 10, 2010. FED. R. CIV. P. 12(a)(4)(A).

4. On August 11, 2010, the Court approved the parties' August 6, 2010 Stipulation Enlarging Time for United States to File Answer to Counterclaim, (Dkt. # 50) enlarging the United States' time to answer to and including September 9, 2010.

5. The United States will file shortly a motion to remand to the Department of Homeland Security (DHS) for reconsideration nine of the 17 bond breach determinations that are the subject of Defendants/Counter-Plaintiffs Counterclaim. The parties have consulted on this motion and Defendants/Counter-Plaintiffs intend to oppose the motion.

5. The requested stipulation will have no effect on the schedule for the case. The parties are moving forward on negotiating a Protective Order and the United States is preparing the A-files for production pursuant to the Court's July 27, 2010 Order.

Therefore, the parties stipulate that, the United States' time within which to answer the Defendants' Counterclaim be enlarged to 15 days after the Court rules on the United States' Motion to Remand.

1      IT IS SO STIPULATED.

3 Dated: September 8, 2010

5 ROXBOROUGH, POMERANCE,      **TONY WEST**
  NYE & ADREANI, LLP      Assistant Attorney General

     **JOSEPH P. RUSSONIELLO**
7      United States Attorney

     /s/ E. Kathleen Shahan
 /s/ David R. Ginsburg     **J. CHRISTOPHER KOHN**
9 **GARY A. NYE**      **RUTH A. HARVEY**
**DAVID R. GINSBURG**      **E. KATHLEEN SHAHAN (D.C. Bar No.267872)**
**Attorneys for Defendants/**      **JOHN SIEMIETKOWSKI (PA Bar. No. 50346)**
**Counterclaimants**      **FRANCES M. MCLAUGHLIN (FL Bar No. 0256640)**
GONZALES & GONZALES      Attorneys, Trial Civil Division
BONDS AND INSURANCE      U.S. Department of Justice
AGENCY, INC. and      Commercial Litigation Branch
AMERICAN SURETY      P.O. Box 875
COMPANY, INC.      Ben Franklin Station
     Washington, DC 20044-0875
     Tel: (202) 307-0249
     Fax: (202) 307-0494

     Attorneys for the United States of America

Date: 9/9/2010

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Second Stipulation for United States to File Answer to Counterclaim      CV-09-04029 MHP      Page 3