UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey, Assistant Director
Frances M. McLaughlin
E. Kathleen Shahan
John J. Siemietkowski
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.  C 09-04029 EMC** |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR FILING JOINT STATUS REPORT AND FOR HOLDING STATUS CONFERENCE** |
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC., | |
| Defendants. | ORDER |
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC. | |
| Counterclaimants, | |
| vs. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY | |
| Counterdefendants. | |

Stipulation to Extend Time for Filing
Joint Status Report and for Holding
Status Conference

09-CV-4029

Pursuant to Civil L.R. 7-12, Plaintiff United States of America, Counterdefendants United States Department of Homeland Security and Janet Napolitano, in her capacity as Secretary of United States Department of Homeland Security (collectively "United States"), on the one hand, and Defendants/Counterclaimants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand, by and through their respective counsel of record, bring this administrative motion by stipulation, and stipulate and agree as follows:

1. At a status conference on August 12, 2011, the Court ordered the parties to file a joint status report by September 16, 2011, and to appear for the next status conference on September 23, 2011.

2. Although government counsel is available for the status conference on September 23, no government counsel is available the week of September 12 to negotiate, draft and file the joint status report with opposing counsel.

3. After coordinating their respective schedules, the parties agree that their next joint availability for a status conference is October 14.

4. In order for the parties to meet and confer, and draft and file, the joint status report, the parties respectfully request that the Court extend time for filing of the joint status report until October 7, 2011, and reschedule the status conference for October 14, 2011.

IT IS SO STIPULATED.

Dated: August 16, 2011

| | |
|---|---|
| TONY WEST | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| Assistant Attorney General | |
| MELINDA HAAG | |
| United States Attorney | |
| | |
| */s/ John J. Siemietkowski* | */s/ Gary A. Nye* |
| J. CHRISTOPHER KOHN | GARY A. NYE |
| RUTH A. HARVEY | DAVID R. GINSBURG |
| E. KATHLEEN SHAHAN | Attorneys for Defendants/Counterclaimants |
| (D.C. Bar No. 267872) | GONZALES & GONZALES BONDS AND |
| JOHN J. SIEMIETKOWSKI | INSURANCE AGENCY, INC. and AMERICAN |

(PA Bar. No. 50346)　　　　　　　　　SURETY COMPANY, INC.
FRANCES M. MCLAUGHLIN
(FL Bar No. 0256640)
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for the United States of America

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The status conference is reset from 9/23/11 to 10/14/11 at 10:30 a.m. An updated joint status report shall be filed by 10/7/11.

Dated:　　　August 16, 2011　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Stipulation to Extend Time for Filing　　Page 2　　　　　　　　　　09-CV-4029
Joint Status Report and for Holding
Status Conference