UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey, Assistant Director
Frances M. McLaughlin
E. Kathleen Shahan
John J. Siemietkowski
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.,<br><br>　　　　　　Defendants.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.<br><br>　　　　　　Counterclaimants,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>　　　　　　Counterdefendants. | **Case No.  C 09-04029 EMC**<br><br>**STIPULATION TO ENLARGE TIME FOR FILING GOVERNMENT RESPONSE TO G&G/ASC FIRST AMENDED COUNTERCLAIM**  ; ORDER |

1. Pursuant to Civil L.R. 6-1(a), Plaintiff United States of America, Counterdefendants United States Department of Homeland Security and Janet Napolitano, in her capacity as Secretary of United States Department of Homeland Security (collectively "United States"), on the one hand, and Defendants/Counterclaimants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand, by and through their respective counsel of record, bring this administrative motion by stipulation, and stipulate and agree as follows:

2. 1. On November 14, 2011, G&G/ASC filed its first amended counterclaim, dkt. 94, which added twenty-eight bond breach determinations to the six in its original counterclaim, dkt. 9.

3. 2. Per FED. R. CIV. P. 15(a)(3), the United States has until November 28, 2011, to file a response to G&G/ASC's first amended counterclaim.

4. 3. Given the twenty-eight new bond breach determinations in G&G/ASC's first amended counterclaim, and considering the approaching holiday season, the United States will not be in a position to respond to G&G/ASC's first amended counterclaim by November 28.

5. 4. Therefore, the parties stipulate that the United States' time to respond to G&G/ASC's first amended counterclaim is enlarged until December 30, 2011.

IT IS SO STIPULATED.

Dated: November 18, 2011

| | |
|---|---|
| TONY WEST | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| Assistant Attorney General | |
| MELINDA HAAG | |
| United States Attorney | |
| | |
| /s/ John J. Siemietkowski | /s/ Gary A. Nye |
| J. CHRISTOPHER KOHN | GARY A. NYE |
| RUTH A. HARVEY | DAVID R. GINSBURG |
| E. KATHLEEN SHAHAN | Attorneys for Defendants/Counterclaimants |
| (D.C. Bar No. 267872) | GONZALES & GONZALES BONDS AND |
| JOHN J. SIEMIETKOWSKI | INSURANCE AGENCY, INC. and AMERICAN |
| (PA Bar. No. 50346) | SURETY COMPANY, INC. |
| FRANCES M. MCLAUGHLIN | |

(FL Bar No. 0256640)
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for the United States of America

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge



Stipulation to Enlarge Time for Filing Government Response to G&G/ASC First Amended Counterclaim

3

09-CV-4029