UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey, Assistant Director
Frances M. McLaughlin
E. Kathleen Shahan
John J. Siemietkowski
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC., <br><br> Defendants. <br><br> GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC. <br><br> Counterclaimants, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY <br><br> Counterdefendants. | **Case No.  C 09-04029 EMC** <br><br> **STIPULATION TO CHANGE TWO DATES IN SCHEDULING ORDER**  ; ORDER |

Stipulation to Change Two Dates
in Scheduling Order

04-CV-4029  EMC

1

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff United States of America, Counterdefendants United States Department of Homeland Security and Janet Napolitano, in her capacity as Secretary of United States Department of Homeland Security (collectively "United States"), on the one hand, and Defendants/Counterclaimants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand, by and through their respective counsel of record, bring this administrative motion by stipulation, and stipulate and agree as follows:

1. The Court issued a scheduling order on May 1, 2012, dkt. 120.

2. After coordinating their respective schedules, the parties agree that the June 8 deadline in dkt. 120 should change to June 15, and that the June 15 deadline should change to June 22. The parties agree that all other deadlines should remain in place.

3. This is the first proposed time modification to dkt. 120.

4. In order for the parties to better identify and exchange documents proposed for the Administrative Record, the parties respectfully request that the Court change the June 8 deadline in dkt. 120 to June 15, and change the June 15 deadline to June 22.

IT IS SO STIPULATED.

Dated: May 3, 2012

| | |
|---|---|
| STUART F. DELERY<br>Acting Assistant Attorney General<br>MELINDA HAAG<br>United States Attorney | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
| /s/ John J. Siemietkowski<br>J. CHRISTOPHER KOHN<br>RUTH A. HARVEY<br>E. KATHLEEN SHAHAN<br>(D.C. Bar No. 267872)<br>JOHN J. SIEMIETKOWSKI<br>(PA Bar. No. 50346)<br>FRANCES M. MCLAUGHLIN<br>(FL Bar No. 0256640)<br>Trial Attorneys<br>Civil Division | /s/ Gary A. Nye<br>GARY A. NYE<br>DAVID R. GINSBURG<br>Attorneys for Defendants/Counterclaimants<br>GONZALES & GONZALES BONDS AND<br>INSURANCE AGENCY, INC. and AMERICAN<br>SURETY COMPANY, INC. |

1  Commercial Litigation Branch
   P.O. Box 875, Ben Franklin Station
2  Washington, DC  20044-0875
   Tel:  202- 514-3368
3  Fax:  202-514-9163
   John.Siemietkowski@usdoj.gov
4

5
   Attorneys for the United States of
6  America

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10 Dated:    May 3, 2012          _____
                                  EDWARD M. CHEN
11                                United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen, United States District Court, Northern District of California