UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey, Assistant Director
Frances M. McLaughlin
E. Kathleen Shahan
John J. Siemietkowski
Trial Attorneys
Civil Division, Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **Case No.  C 09-04029 EMC** |
| Plaintiff, | ) |
| vs. | ) |
| | ) **STIPULATION TO CHANGE TWO DATES** |
| GONZALES & GONZALES BONDS AND | ) **IN SCHEDULING ORDER** ; ORDER |
| INSURANCE AGENCY, INC. and | ) |
| AMERICAN SURETY COMPANY, INC., | ) |
| Defendants. | ) |
| | ) |
| GONZALES & GONZALES BONDS AND | ) |
| INSURANCE AGENCY, INC. and | ) |
| AMERICAN SURETY COMPANY, INC. | ) |
| | ) |
| Counterclaimants, | ) |
| vs. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, JANET | ) |
| NAPOLITANO, in her capacity as | ) |
| SECRETARY OF UNITED STATES | ) |
| DEPARTMENT OF HOMELAND | ) |
| SECURITY | ) |
| | ) |
| Counterdefendants. | ) |

1       Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff United States of America,

2   Counterdefendants United States Department of Homeland Security and Janet Napolitano, in her

3   capacity as Secretary of United States Department of Homeland Security (collectively "United

4   States"), on the one hand, and Defendants/Counterclaimants Gonzales & Gonzales Bonds and

5   Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand,

6   by and through their respective counsel of record, bring this administrative motion by stipulation,

7   and stipulate and agree as follows:

8       1.      The Court issued a scheduling order on May 1, 2012, dkt. 120.

9       2.      After coordinating their respective schedules, the parties agree that the June 8

10  deadline in dkt. 120 should change to June 15, and that the June 15 deadline should change to

11  June 22.  The parties agree that all other deadlines should remain in place.

12      3.      This is the first proposed time modification to dkt. 120.

13      4.      In order for the parties to better identify and exchange documents proposed for the

14  Administrative Record, the parties respectfully request that the Court change the June 8 deadline

15  in dkt. 120 to June 15, and change the June 15 deadline to June 22.

16

17  IT IS SO STIPULATED.

18  Dated: May 3, 2012

19  STUART F. DELERY                              ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

20  Acting Assistant Attorney General
    MELINDA HAAG

21  United States Attorney

22  /s/ John  J. Siemietkowski_____         /s/ Gary A. Nye_____

23  J. CHRISTOPHER KOHN                           GARY A. NYE
    RUTH A. HARVEY                                DAVID R. GINSBURG

24  E. KATHLEEN SHAHAN                            Attorneys for Defendants/Counterclaimants
    (D.C. Bar No. 267872)                         GONZALES & GONZALES BONDS AND

25  JOHN J. SIEMIETKOWSKI                         INSURANCE AGENCY, INC. and AMERICAN
    (PA Bar. No. 50346)                           SURETY COMPANY, INC.

26  FRANCES M. MCLAUGHLIN
    (FL Bar No. 0256640)

27  Trial Attorneys
    Civil Division

28

1    Commercial Litigation Branch
     P.O. Box 875, Ben Franklin Station
2    Washington, DC  20044-0875
     Tel:  202- 514-3368
3    Fax:  202-514-9163
     John.Siemietkowski@usdoj.gov
4

5    Attorneys for the United States of
     America
6

7

8    PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10   Dated:    May 3, 2012

11                                                   _____
     EDWARD M. C[                   ]
                                                     IT IS SO ORDERED
12   United States Dis[              ]
                                                     Judge Edward M. Chen

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Change Two Dates                              04-CV-4029  EMC
in Scheduling Order                      3