UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-09-4029 EMC<br><br>**ORDER RE PARTIES' DISPUTE OVER ADMINISTRATIVE RECORD** |

    Defendant Gonzales & Gonzales is directed to submit to the Court 10 exemplary documents it seeks to include in the administrative record, with an explanation of how each meets one of the four bases for extra-record evidence in *Lands Council v. Powell*, 395 F.3d 1019, 1029-1030 (9th Cir. 2005). Gonzales & Gonzales shall submit said documents no later than **3:00 p.m., Monday, July 30, 2012**, and electronically serve them on opposing counsel.

    IT IS SO ORDERED.

Dated: July 30, 2012

                                                        _____<br>                                                        EDWARD M. CHEN<br>                                                        United States District Judge