Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:      gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Defendants/Counterclaimants
Gonzales & Gonzales Bonds and Insurance Agency, Inc.
and American Surety Company, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.,<br><br>             Defendants.<br><hr>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.<br><br>             Counterclaimants,<br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>             Counterdefendants. | Case No.  C 09-04029 EMC<br><br>Assigned to the<br>Honorable Edward M. Chen<br><br>**STIPULATION TO ENLARGE TIME SET FORTH IN THE REMAND ORDER** |

1    Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Plaintiff United States of America, Counterdefendants United States Department of Homeland Security and Janet Napolitano, in her capacity as Secretary of United States Department of Homeland Security (collectively "United States"), on the one hand, and Defendants/Counterclaimants Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand, by and through their respective counsel of record, and stipulate and agree as follows:

 1. The Court issued a Remand Order on September 25, 2012, dkt. 141.  The Order directs G&G, within 60 days of remand, to supplement the record before DHS with its defenses to each bond breach determination and an explanation of why those defenses should bar collection of the bonds.

 2. Given that nearly 60 bonds have been remanded to DHS, G&G asserts that it needs additional time to present its defenses and explanations of why those defenses should bar collection.  The parties have agreed to a 60 day extension for G&G to provide this information to DHS for each of the remanded bonds.  The new deadline would be January 23, 2013.

 3. This is the first proposed time modification to the Remand Order.

 4. The requested enlargement of time would not affect the schedule for the case.

IT IS SO STIPULATED.

1

**STIPULATION TO ENLARGE TIME**
**SET FORTH IN THE REMAND ORDER**                                                  Case No. C 09-04029 EMC

1 | Dated: October 31, 2012

2 | STUART F. DELERY  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney

/s/ John J. Siemietkowski            /s/ Gary A. Nye
J. CHRISTOPHER KOHN              GARY A. NYE
RUTH A. HARVEY                   DAVID R. GINSBURG
E. KATHLEEN SHAHAN               Attorneys for Defendants/Counterclaimants
(D.C. Bar No. 267872)            Gonzales & Gonzales Bonds and Insurance
JOHN J. SIEMIETKOWSKI            Agency, Inc. and American Surety Company, Inc.
(PA Bar. No. 50346)
FRANCES M. MCLAUGHLIN
(FL Bar No. 0256640)
Trial Attorneys
Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC  20044-0875
Tel:  202- 514-3368
Fax:  202-514-9163
John.Siemietkowski@usdoj.gov

Attorneys for the United States of America

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   November 8, 2012

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED* (signature) Judge Edward M. Chen

2

STIPULATION TO ENLARGE TIME
SET FORTH IN THE REMAND ORDER                              Case No. C 09-04029 EMC