Gary A. Nye, Esq. (Cal. Bar No. 126104)
David R. Ginsburg, Esq. (Cal. Bar No. 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile:  (818) 992-9991
Email:      gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Defendants/Counterclaimants
Gonzales & Gonzales Bonds and Insurance Agency, Inc.
and American Surety Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br> vs. <br><br> GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC., <br><br>                    Defendants. | Case No.  C 09-04029 EMC <br><br> Assigned to the <br> Honorable Edward M. Chen <br><br> **STIPULATION TO ENLARGE TIME SET FORTH IN THE REMAND ORDER** |
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC. <br><br>                    Counterclaimants, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her capacity as SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY <br><br>                    Counterdefendants. | |

**STIPULATION TO ENLARGE TIME
SET FORTH IN THE REMAND ORDER**                                                    Case No. C 09-04029 EMC


1    Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Plaintiff United States of America,
2  Counterdefendants United States Department of Homeland Security and Janet Napolitano, in her
3  capacity as Secretary of United States Department of Homeland Security (collectively "United
4  States"), on the one hand, and Defendants/Counterclaimants Gonzales & Gonzales Bonds and
5  Insurance Agency, Inc. and American Surety Company, Inc. ("G&G/ASC"), on the other hand,
6  by and through their respective counsel of record, and stipulate and agree as follows:

7    1.    The Court issued a Remand Order on September 25, 2012, dkt. 141.  The Order
8  directs G&G, within 60 days of remand, to supplement the record before DHS with its defenses
9  to each bond breach determination and an explanation of why those defenses should bar
10 collection of the bonds.

11   2.    Given that nearly 60 bonds have been remanded to DHS, G&G asserts that it
12 needs additional time to present its defenses and explanations of why those defenses should bar
13 collection.  The parties have agreed to a 60 day extension for G&G to provide this information
14 to DHS for each of the remanded bonds.  The new deadline would be January 23, 2013.

15   3.    This is the first proposed time modification to the Remand Order.
16   4.    The requested enlargement of time would not affect the schedule for the case.

18 IT IS SO STIPULATED.


**STIPULATION TO ENLARGE TIME**
**SET FORTH IN THE REMAND ORDER**                                   Case No. C 09-04029 EMC

1 | Dated: October 31, 2012

2 | STUART F. DELERY                    ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
3 | Acting Assistant Attorney General
  | MELINDA HAAG
4 | United States Attorney

5 | /s/ John J. Siemietkowski           /s/ Gary A. Nye
6 | J. CHRISTOPHER KOHN                 GARY A. NYE
  | RUTH A. HARVEY                      DAVID R. GINSBURG
7 | E. KATHLEEN SHAHAN                  Attorneys for Defendants/Counterclaimants
  | (D.C. Bar No. 267872)               Gonzales & Gonzales Bonds and Insurance
8 | JOHN J. SIEMIETKOWSKI               Agency, Inc. and American Surety Company, Inc.
  | (PA Bar. No. 50346)
9 | FRANCES M. MCLAUGHLIN
10 | (FL Bar No. 0256640)
   | Trial Attorneys
11 | Civil Division
   | Commercial Litigation Branch
12 | P.O. Box 875, Ben Franklin Station
13 | Washington, DC  20044-0875
   | Tel:  202- 514-3368
14 | Fax:  202-514-9163
   | John.Siemietkowski@usdoj.gov
15 |

16 |
   | Attorneys for the United States of
17 | America

18 |
19 |
20 |
21 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
22 |
23 | Dated:   November 8, 2012
24 |                                     _____
                                         EDWARD M. CHEN
25 |                                     United States District Judge
26 |
27 |
28 |