| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF JUSTICE |
|   | Ruth A. Harvey |
| 2 | Assistant Director |
|   | E. Kathleen Shahan |
| 3 | John Siemietkowski |
|   | Frances M. McLaughlin |
| 4 | Trial Attorneys |
|   | Commercial Litigation Branch |
| 5 | Civil Division |
|   | P.O. Box 875 |
| 6 | Washington, D.C. 20044-0875 |
|   | Tele:  (202) 514-3368; Fax: (202) 514-9163 |
| 7 | John.Siemietkowski@usdoj.gov |
| 8 | Attorneys for Plaintiff/Counter-Defendants |
| 9 | Gary A. Nye, Esq. (Cal. Bar No. 126104) |
|   | David R. Ginsburg, Esq. (Cal. Bar No. 210900) |
| 10 | ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP |
|   | 5820 Canoga Avenue, Suite 250 |
| 11 | Woodland Hills, California 91367 |
|   | Tele: (818) 922-9999; Fax: (818) 992-9991 |
| 12 | gan@rpnalaw.com; drg@rpnalaw.com |
| 13 | Attorneys for Defendants/Counter-Plaintiffs |

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. CV-09-4029 EMC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **STATUS CONFERENCE** |
| v. | ) | **STATEMENT** ; ORDER REOPENING |
| | ) | CASE AND SETTING |
| **GONZALES & GONZALES BONDS** | ) | CMC |
| **AND INSURANCE AGENCY, INC., and** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **GONZALES & GONZALES BONDS** | ) | |
| **AND INSURANCE AGENCY, INC., and** | ) | |
| **AMERICAL SURETY COMPANY, INC.,** | ) | |
| | ) | |
| **Counter-Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATED DEPARMENT** | ) | |
| **OF HOMELAND SECURITY, RAND BEERS,** | ) | |
| **in his capacity as ACTING SECRETARY** | ) | |

Status Conference Statement                                                                                                 09-CV-4029 EMC

OF THE UNITED STATED DEPARTMENT     )
OF HOMLAND SECURITY,                )
                                    )
           **Counter-Defendants.**           )
                                    )

## STATUS CONFERENCE STATEMENT

Pursuant to the Court's September 25, 2012 Order, dkt. 141 at 12:19 ("the Remand Order"), as modified by the Court's November 8, 2012 Order, dkt. 144, the parties submit this status conference statement. On January 23, 2013, Gonzales & Gonzales/American Surety Company (G&G/ASC) sent the Department of Homeland Security (DHS) 59 DVDs containing briefs presenting its bond breach defenses on the 59 bond breach determinations that were subject to the Remand Order. DHS has now completed its review and issued its resulting decisions on its 59 bond breach determinations.

Pursuant to the Remand Order, dkt. 141 at 13:11, the parties now seek to have the case re-opened for purposes of judicial determination of issues presented in the various decisions following remand, *id.* at 13:4-5. Once the case is re-opened, the parties respectfully request a status conference on or after April 15, 2014, based on the Court's availability. The parties have agreed to submit to the Court a joint statement setting forth their respective positions (to the extent there is any disagreement) on how best to proceed with a presentation of the issues for the Court's review and adjudication, and will do so 7 days before the status conference set by the Court. The parties believe that this approach will allow for an efficient streamlining of issues and efficient management of the case.

Dated: March 10, 2014

| | |
|---|---|
| **ROXBOROUGH, POMERANCE, NYE & ADREANI**<br>/s/ Gary A. Nye<br>**GARY A. NYE**<br>**DAVID R. GINSBURG**<br><br>Attorneys for Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. | **STUART F. DELERY**<br>Assistant Attorney General<br><br>**MELINDA HAAG**<br>United States Attorney<br><br>/s/ John J. Siemietkowski<br>**J. CHRISTOPHER KOHN**<br>**RUTH A. HARVEY**<br>**E. KATHLEEN SHAHAN (D.C. Bar No. 267872)**<br>**JOHN SIEMIETKOWSKI (PA Bar No. 50346)**<br>**FRANCES M. MCLAUGHLIN (FL Bar No. 0256640)**<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 2044-0875<br>Tel: (202) 514-3368<br>Fax: (202) 514-9163<br><br>Attorneys for the United States of America |

IT IS SO ORDERED that the Clerk of the Court is directed to reopen this case.  A case management conference is set for 4/24/14 at 10:30 a.m.  An updated joint cmc statement shall be filed by 4/17/14.

_____
Edward M. Chen
U.S. District Judge
Dated: 3/11/14



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Status Conference Statement                                                                 09-CV-4029  EMC