UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
E. Kathleen Shahan
John Siemietkowski
Frances M. McLaughlin
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Washington, D.C. 20044-0875
Tel:  (202) 307-0487; Fax: (202) 514-9163
John.siemietkowski@usdoj.gov

Attorneys for Plaintiff/Counter-Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CV-09-4029  EMC |
| Plaintiff, | |
| v. | **STIPULATION TO RESCHEDULE ORAL ARGUMENT ON G&G's MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD WITH DHS's BONDS MANAGEMENT HANDBOOK** |
| **GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC.,** and **AMERICAN SURETY COMPANY, INC.,** | |
| Defendants. | |
| | Date:         March 5, 2015<br>Time:         9:30 a.m.<br>Courtroom:  5 |
| **GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC.,** and **AMERICAN SURETY COMPANY, INC.,** | |
| Counter-Plaintiffs, | |
| v. | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JEH JOHNSON,** in his capacity as **SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | |
| Counter-Defendants. | |

Stipulation and Order Resetting Hearing

1. On January 21, 2015, Defendants/Counter-Plaintiffs Gonzales & Gonzales Bonds and Insurance Agency, Inc. and American Surety Company, Inc. (G&G/ASC) filed its Motion to Supplement the Administrative Record with DHS's Bonds Management Handbook (Dkt. 232) and noticed the hearing for February 26, 2014.

2. Because of a scheduling conflict on behalf of United States' counsel, the parties have agreed and stipulate that the hearing may be rescheduled to March 5, 2015 at 9:30 a.m.

**JOYCE R. BRANDA**
Acting Assistant Attorney General

**MELINDA HAAG**
United States Attorney

| | |
|---|---|
| David R. Ginsberg | /s/ E. KATHLEEN SHAHAN |
| **Gary A. Nye, Esq.** (Cal. Bar No. 126104) | **RUTH A. HARVEY** |
| **David R. Ginsburg, Esq.** | Assistant Director |
|   (Cal. Bar No. 210900) | **E. KATHLEEN SHAHAN** (D.C. Bar No. 267872) |
| ROXBOROUGH, POMERANCE, | **JOHN SIEMIETKOWSKI** (PA Bar No. 50346) |
|   NYE & ADREANI, LLP | **FRANCES M. MCLAUGHLIN** (FL Bar No.0256640) |
| 5820 Canoga Avenue, Suite 250 | U.S. Department of Justice |
| Woodland Hills, California 91367 | Commercial Litigation Branch |
| Telephone: (818) 992-9999 | P.O. Box 875 |
| Facsimile: (818) 992-9991 | Ben Franklin Station |
| Email: gan@rpnalaw.com; | Washington, DC 20044-0875 |
|        drg@rpnalaw.com | Tel: (202) 307-0487 |
| | Fax: (202) 514-9163 |
| | Attorneys for the United States of America |

Attorneys for Defendants/
  Counterclaimants
Gonzales & Gonzales Bonds and Insurance Agency, Inc.
  and American Surety Company, Inc.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

DATED:   1/26/15

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation and Order Resetting Hearing