Gary A. Nye, Esq. (Cal. Bar No. 126104) <gan@rpnalaw.com>
David R. Ginsburg, Esq. (Cal. Bar No. 210900) <drg@rpnalaw.com>
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Tel: (818) 992-9999; Fax: (818) 992-9991

Attorneys for Defendants/Counterclaimants

UNITED STATES DEPARTMENT OF JUSTICE
Kirk Manhardt
E. Kathleen Shahan <Kathie.Shahan@usdoj.gov>
John Siemietkowski <John.Siemietkowski@usdoj.gov>
Frances M. McLaughlin <Frances.McLaughlin@usdoj.gov>
Commercial Litigation Branch, Civil Division
P.O. Box 875
Washington, D.C. 20044-0875
Tel: (202) 514-3368; Fax: (202) 514-9163

Attorneys for Plaintiff/Counter-Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>GONZALES & GONZALES BONDS<br>AND INSURANCE AGENCY, INC. and<br>AMERICAN SURETY COMPANY, INC.,<br><br>                    Defendants. | Case No.  C 09-04029 EMC<br><br>Assigned to the<br>Honorable Edward M. Chen<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING BRIEFING<br>SCHEDULE SET FORTH IN THE<br>CIVIL MINUTES OF OCTOBER 1, 2015** |
| GONZALES & GONZALES BONDS<br>AND INSURANCE AGENCY, INC. and<br>AMERICAN SURETY COMPANY, INC.<br><br>                    Counterclaimants,<br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.<br><br>                    Counterdefendants. | |

1    Pursuant to Civil L.R. 6-1, 6-2, and 7-12, the parties, by and through their respective
2    counsel of record, stipulate and agree as follows:
3        1.    The Court's Civil Minutes dated October 1, 2015, provide that if the parties are
4    unable to resolve a dispute over the methodology of fees and penalties, defendants are to file
5    their motion on the issue by November 5, 2015, and plaintiff is to file its opposition by
6    November 29, 2015, which is a Sunday.  A hearing on the motion and further case management
7    conference is set for December 17, 2015.  Dkt. No. 263.
8        2.    The parties seek to enlarge the deadlines set forth in the Civil Minutes, and
9    propose that the due date for defendant's brief be set for November 12, 2015, and the due date
10   for plaintiff's opposition be set for December 3, 2015.
11       3.    The parties make this request because defendants seek an additional week to file
12   their brief, as well as additional time to continue meet and confer efforts.  Plaintiff's request the
13   additional time so that work on any opposition need not take place around the Thanksgiving
14   holiday.
15       4.    This is the first proposed time modification regarding this briefing schedule.
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION TO ENLARGE TIME                    Case No. C 09-04029 EMC

1          5.        The requested enlargement of time would not affect the schedule for the case.

2

3    IT IS SO STIPULATED.

4

5    Dated:  October 26, 2015

6    Roxborough, Pomerance, Nye & Adreani, LLP          Benjamin C. Mizer
                                                         Principal Deputy
7    /s/ Gary A. Nye                                     Assistant Attorney General
     GARY A. NYE                                         Civil Division
8    DAVID R. GINSBURG                                   MELINDA HAAG
                                                         United States Attorney
9
     Attorneys for Defendants/Counterclaimants
10   Gonzales & Gonzales Bonds and Insurance             /s/ John J. Siemietkowski
     Agency, Inc. and American Surety Company, Inc.      KIRK MANHARDT
11                                                       E. KATHLEEN SHAHAN
                                                         (D.C. Bar No. 267872)
12                                                       JOHN J. SIEMIETKOWSKI
                                                         (PA Bar. No. 50346)
13                                                       FRANCES M. MCLAUGHLIN
                                                         (FL Bar No. 0256640)
14                                                       U.S. Department of Justice
                                                         Commercial Litigation Branch
15

16

17                                                       Attorneys for the United States of
                                                         America
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO ENLARGE TIME                              Case No. C 09-04029 EMC

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.   Defendant's brief due 11/11/15.
                                                  Plaintiff's response due 11/25/15.
2                                                 Motion hearing set for 12/17/15 at 1:30 p.m.

3

4    Dated:   10/26/15                            _____
5                                                 THE HONORABLE EDWARD M. CHEN
                                                  UNITED STATES DISTRICT JUDGE
6



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO ENLARGE TIME**                    **Case No. C 09-04029 EMC**