1  UNITED STATES DEPARTMENT OF JUSTICE
   Kirk Manhardt
2  Deputy Director
   Frances M. McLaughlin
3  Senior Trial Counsel
   E. Kathleen Shahan
4  John Siemietkowski
   Trial Attorneys
5  Commercial Litigation Branch
   Civil Division
6  P.O. Box 875
   Washington, D.C. 20044-0875
7  Tel:  (202) 514-3368; Fax: (202) 514-9163
   John.Siemietkowski@usdoj.gov
8
   Attorneys for Plaintiff/Counter-Defendants
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CV-09-4029  EMC |
| **Plaintiff,** | |
| v. | **P~~ROP~~OSED ORDER GRANTING U.S.' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL** |
| **GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., and AMERICAN SURETY COMPANY, INC.,** | |
| **Defendants.** | |
| **GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC., and AMERICAN SURETY COMPANY, INC.,** | |
| **Counter-Plaintiffs,** | |
| v. | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JEH JOHNSON, in his capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | |
| **Counter-Defendants.** | |

Upon consideration of the United States' Unopposed Motion for Withdrawal of Counsel, and the entire record herein, it is hereby ordered that the Motion be **GRANTED**. Ms. Shahan is withdrawn as counsel for the United States.

**IT IS SO ORDERED**

DATED: 12/23/15



Honorable Edward M. Chen
United States District Judge